# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>-vs-<br>DONAVAN THOMAS CULPS,<br>        Defendant, | Case Nos. 2:14-CR-00097-SAB-1<br>      1:18-CR-02023-SAB-1<br>      1:16-CR-02051-SAB-1<br><br>**CRIMINAL MINUTES**<br><br>DATE: OCTOBER 29, 2020<br>LOCATION: YAKIMA<br><br>**SENTENCING AND SUPERVISED RELEASE REVOCATION HEARINGS** |

| | **Chief Judge Stanley A. Bastian** | |
|---|---|---|
| Angela Noel | 03 | Marilynn McMartin |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Thomas J. Hanlon | | Roger J. Peven |
| **Government Counsel** | | **Defense Counsel** |
| **United States Probation Officer:** | SanJuanita Coronado and Nick Bazan (Telephonic) | |

**[ X ]  Open Court**   **[  ]  Chambers**   **[ X ]  Telecon**

Defendant present in custody of United States Marshals Service with appointed counsel.

Court confirmed with counsel that they had no objections to the PSR. The Court suggested all supervised release violations be DISMISSED; counsel agreed. The Court so ordered. Government counsel identified victims present in the courtroom and indicated they do not wish to address the Court. Government counsel addressed the Court with his recommendation for resolution of the matter and clarified restitution to be paid to the Crime Victims' Compensation Program is $6,170.00 and to Gardner Funeral Home is $136.21.

Court confirmed with defense counsel that Defendant had the opportunity to review the PSR and further queried Defendant as to whether he had any objections to the PSR; Defendant indicated he did not. The Court accepted the Presentence Investigation Report.

Defense counsel addressed the Court with his recommendation for resolution of the matter indicating no objections to restitution or the sentencing recommendation. Defendant's mother, Ms. Woodward, addressed the Court. Defendant addressed the Court.

The Court addressed the Defendant.

| | |
|---|---|
| **Imprisonment:** | Life |
| **Fine:** | Waived |
| **Special Assessment:** | $ 100.00 – Inmate Financial Responsibility Program |
| **Restitution:** | $ 6,170.00 to Crime Victims Compensation Program, and |
| | $ 135.20 to Gardner Funeral Home |

Appeal rights given. Government counsel objected to appeal rights.

| **CONVENED:** 10:00 A.M. | **ADJOURNED:** 10:44 A.M. | **TIME:** 0:44 HR. | **CALENDARED** [ N/A ] |
|---|---|---|---|